STATE OF NEW JERSEY v. TRACEY V. CLEMENS.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL BRITTON.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY (TOWNSHIP OF WILLINGBORO)
v. BOSTON JUVENILE SHOES.

May 4, 1971. Petition for certification granted. (See 113 *N. J. Super.* 258).

STATE OF NEW JERSEY v. JOHN COVINGTON, JR.
a/k/a DR. JOHN J. ROBERTS.

May 4, 1971. Petition for certification granted. (See 113 *N. J. Super.* 229).

H. P. LAND CO. v. CITY OF GARFIELD, *ET AL.*

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY MC NAIR.

May 4, 1971. Petition for certification granted.